# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Aaron Favela

                                      Plaintiff,

v.                                                                    Case No.: 1:22−cv−02369
                                                                                    Honorable Mary M. Rowland

Mosaic Managment Deerfield, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Joint Stipulation of Dismissal and settlement agreement, this action is dismissed in its entirety with prejudice, with all parties to bear their costs, all pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.